FILED
02 JUL 15 PM 3:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| TIN HUU PHAM, | ) |
| Petitioner, | ) |
| vs | ) CIVIL ACTION NO. 99-RRA-2365-M |
| IMMIGRATION AND NATURALIZATION SERVICE, | ) |
| Respondent(s). | ) |

ENTERED
JUL 16 2002

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.[1] In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 15 day of July, 2002.

WILLIAM M. ACKER, JR.,
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] A copy of the Report and Recommendation entered June 27, 2002, was mailed to the petitioner at his last known address. This copy was returned by the United States Post Office marked "Attempted, Not Known, Return to Sender."

